**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SHAUN ZILLS,                                               Civil No. 24-3420 (JRT/JFD)

            Plaintiff,

v.                                                                                     **ORDER**

MATTHEW ZEHOSKI, WOOC Associate
Warden of Administration; RON
BERGMAN, Education Director; MICHAEL
SCHNEIDER, Librarian – MCF – Lino Lakes;
and MARTHALLER, Correctional Officer
for Education – MCF – Lino Lakes, in their
individual and official capacities,

            Defendants.

---

Shaun Zills, OID #267791, MCF Lino Lakes, 7525 4th Avenue, Lino Lakes, MN 55014, *pro se* plaintiff.

This matter is before the Court on the Report and Recommendation issued on October 7, 2024 (ECF No. 6). No objections have been filed to that Report and Recommendation in the time permitted.  Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.  The Report and Recommendation (ECF No. 6) is **ADOPTED**; and

2.  This action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  October 23, 2024
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge